FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 9 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 22-1319 WJ |
| Plaintiff, | |
| vs. | 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A): Aggravated Sexual Abuse. |
| AMADIUS ARCHULETA, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about July 2, 2022, in Indian Country, in Taos County, in the District of New Mexico, the defendant, **AMADIUS ARCHULETA**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, by using and attempting to use force against Jane Doe, and the sexual act consisted of contact between the defendant's penis and the vulva of Jane Doe.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney