# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Amadius Archuleta**                         Docket No. 1:22CR01319-001WJ

Petition for Action on Conditions of Pretrial Release

COMES NOW **Mike Adolph** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Amadius Archuleta** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar, United States Magistrate Judge**,** sitting in the court at **Albuquerque, New Mexico**, on August 1, 2022, with conditions which included the following:

1. (6) The defendant is placed in the custody of La Pasada Halfway House in Albuquerque, New Mexico, who agrees (a) to supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

2. (7)(j) The defendant must maintain a residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The Director of La Pasada Halfway House conducted an internal investigation and determined between August 14, 2023, and August 24, 2023, the defendant and a female staff member engaged in an inappropriate relationship involving the exchanging of text messages and physical contact. This conduct violated program rules for staff member and residents. Based on the outcome of their internal investigation, La Pasada will no longer serve as Third-Party Custodian and on August 25, 2023, the defendant was unsuccessfully terminated from La Pasada Halfway House.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **August 28, 2023**

**Mike Adolph**
**Senior United State Probation Officer**

Place: **Albuquerque, New Mexico**