# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni

Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 22-1319 WJ | UNITED STATES vs. Archuleta | |
| Hearing Date: | 9/1/2023 | Time In and Out: | 9:49 am-9:53 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Amadius Archuleta | Defendant's Counsel: | Dan Snyder |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | Delma Marrufo-Ramos |
| Interpreter: | | Witness: | |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity
- ☒ Defendant waives Show Cause Hearing
- ☐ Court finds    ☐ Court does not find probable cause

### Detention
- ☒ Defendant waives right to contest detention
- ☐

### Custody Status
- ☒ Defendant remanded to the custody of United States Marshal's Service
- ☐ Conditions

### Other
- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐