\#  IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.          CRIM. NO. 22-1319 WJ

**Amadius Archuleta,**

        Defendant.

## O R D E R

**THIS MATTER** is before the Court for hearing, the Court having found that the Defendant violated his conditions of release, and the Court being fully advised in the premises;

**IT IS THEREFORE ORDERED** that the conditions of release previously imposed are hereby **REVOKED**; and that the Defendant, be remanded to the custody of the U.S. Marshal pending Final Disposition in this matter.

JENNIFER ROZZONI
US MAGISTRATE JUDGE