FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 15 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 22-CR-1319 WJ |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A): |
| ) | Sexual Abuse of a Minor. |
| **AMADIUS ARCHULETA**, ) | |
| ) | |
| Defendant. ) | |

# INFORMATION

The United States Attorney charges:

On or about July 2, 2022, in Indian Country, in Taos County, in the District of New Mexico, the defendant, **AMADIUS ARCHULETA**, an Indian, unlawfully and knowingly engaged in a sexual act with Jane Doe, a child who had attained the age of twelve years (12) but had not attained the age of sixteen (16) years and who was at least four years younger than the defendant, and the sexual act consisted of contact between the penis of the defendant and the vulva of Jane Doe, resulting in penetration, however slight, of Jane Doe's vulva by defendant's penis.

In violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A).

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/*

ALEXANDER F. FLORES
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274